UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20311-CIV-UNGARO/SIMONTON

CONSENT CASE

| | |
|---|---|
| EVILIA DOMINGUEZ and all other similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| LA NURSE HOME HEALTHCARE REGISTRY, INC. et al | )<br>)<br>) |
| Defendants | )<br>) |

ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is a Joint Motion for Approval of Parties' Settlement Agreement, and Dismissal with Prejudice [17]. Having reviewed the Parties' joint motion, and reviewed the Parties' settlement agreement, it appears to the Court that due cause exists to grant this motion, approve the settlement agreement and dismiss the case with prejudice with the Court to retain jurisdiction to enforce the terms of the Agreement. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Motion [17] is **GRANTED**. The settlement agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the agreement and each party to bear its own costs and attorney's fees except as otherwise agreed. All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 22nd day of May, 2009.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE UDGE

cc: All Counsel of Record via CM/ECF